UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESS H. KRIEHN, | Case No.: 5:12-CV-05611-LHK |
| Plaintiff, | ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable Yvonne Gonzalez Rogers for a determination as to whether it is related to: *Jess H. Kriehn v. U.S. Department of Justice,* 12-CV-04853-YGR.  Both this case (12-CV-05611-LHK) and the first filed case assigned to Judge Rogers (12-CV-04853-YGR), concern substantially the same parties and potentially similar claims, and may therefore lead to "duplication of labor and expense or conflicting results." *See* N.D. Cal. L. R. 3-12(a).

**IT IS SO ORDERED.**

Dated: February 4, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 5:12-CV-05611-LHK
ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION