LAW OFFICES OF GUY WILSON
GUY ALLAN WILSON (SBN 115309)
GuyWlaw@aol.com
509 Orchard Street
Santa Rosa, CA  95404
Telephone: 1-707-525-1277
Fax:  1-707-525-1279

Attorney for Defendants
Douglas Cattich dba Sunset House, and Joanie Reyes, erroneously sued as Jony Cattich

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA VAZQUEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS W. CATTICH, an individual dba Sunset House, JONY CATTICH, an individual, and DOES 1 through 20 inclusive,<br><br>　　　　　Defendants.<br>_____ | CASE NO. CV 12-4583 LB<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY**<br><br>ORDER<br><br>Judge:  Honorable Laurel Beeler |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:  Defendants Douglas Cattich dba Sunset House, and Joanie Reyes, erroneously sued as Jony Cattich, make the following substitution:

1. Former legal representative:  Cooper, White & Cooper LLP; Christopher J. Mead (SBN 115091), Sarah J. Banola (SBN 223812)

2. New legal representative:  Law Offices of Guy Wilson; Guy Allan Wilson (SBN 115309); 509 Orchard Street, Santa Rosa, CA 95404, telephone 707 525-1277

NOTICE OF SUBSTITUTION OF ATTORNEY                                                                                    1

3. I consent to this substitution.

_____ date: 4/5/13
Douglas Cattich

_____ date: 4-5-13
Joanie Reyes

4. I consent to this substitution.

_____ date: 4/4/13
COOPER, WHITE & COOPER LLP
Sarah J. Banola
Former Attorneys for Defendants, Douglas Cattich dba Sunset House, and Joanie Reyes, erroneously sued as Jony Cattich

5. I consent to this substitution.

_____ date:_____
Guy Allan Wilson, Esq.

(new attorney)

NOTICE OF SUBSTITUTION OF ATTORNEY

2

3. I consent to this substitution.

_____ date: _____

Douglas Cattich

_____ date: _____

Joanie Reyes

4. I consent to this substitution.

*Sarah J Banola* date: 4/4/13

COOPER, WHITE & COOPER LLP
Sarah J. Banola
Former Attorneys for Defendants, Douglas Cattich dba Sunset House, and Joanie Reyes, erroneously sued as Jony Cattich

5. I consent to this substitution.

*Guy Allan Wilson* date: 4/4/13

Guy Allan Wilson, Esq.

(new attorney)

Date: May 28, 2013

**APPROVED**
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF SUBSTITUTION OF ATTORNEY