1  Richard Wahng (SBN 225672)
   Ray H. Choi (SBN 256619)
2  Law Offices of Richard C. J. Wahng
   152 Anza Street, Suite 201
3  Fremont, CA 94539
   Tel:  (510) 490-4447
4  Fax:  (510) 344-5755

5  Attorney for Plaintiff
   MARIA VAZQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARIA VAZQUEZ, an individual, | Case No. CV 12-4583 LB |
|---|---|
| Plaintiff, | **REQUEST TO APPEAR BY COURTCALL** |
| v. | ORDER |
| DOUGLAS W. CATTICH, an individual dba Sunset House; JONY CATTICH, an individual; and DOES 1 through 20 inclusive, | Date:  May 30, 2013<br>Time:  11:00 a.m.<br>Judge: Hon. Laurel Beeler |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   Plaintiff's counsel, Ray H. Choi, requests permission to appear at the May 30, 2013 Case Management Conference by CourtCall, as his family will have moved their residence and his office to Los Angeles, California.

Dated: May 22, 2013                    LAW OFFICES OF RICHARD WAHNG


                                       /s/  Ray H. Choi
                                       _____
                                       RAY H. CHOI
                                       Attorney for Plaintiff Maria Vazquez

   Dated: May 28, 2013

[APPROVED — Judge Laurel Beeler seal]

REQUEST TO APPEAR BY COURTCALL

- 1 -