Richard Wahng (SBN 225672)
Ray H. Choi (SBN 256619)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
Tel: (510) 490-4447
Fax: (510) 344-5755

Attorney for Plaintiff
MARIA VAZQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA VAZQUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS W. CATTICH, an individual dba Sunset House; JONY CATTICH, an individual; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. CV 12-4583 LB<br><br>**REQUEST TO APPEAR BY COURTCALL**<br>ORDER<br><br>Date: May 30, 2013<br>Time: 11:00 a.m.<br>Judge: Hon. Laurel Beeler |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff's counsel, Ray H. Choi, requests permission to appear at the May 30, 2013 Case Management Conference by CourtCall, as his family will have moved their residence and his office to Los Angeles, California.

Dated: May 22, 2013

LAW OFFICES OF RICHARD WAHNG

/s/ Ray H. Choi

RAY H. CHOI
Attorney for Plaintiff Maria Vazquez

Dated: May 28, 2013

UNITED STATES DISTRICT COURT
APPROVED
Judge Laurel Beeler
NORTHERN DISTRICT OF CALIFORNIA