UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARIA VAZQUEZ, | No. C 12-04583 LB |
| Plaintiff, | **ORDER VACATING PRETRIAL AND TRIAL DATES** |
| v. | |
| DOUGLAS W CATTICH, et al., | |
| Defendants. | |

The parties have informed the court that they have agreed to settle this matter and they anticipate dismissing the action by December 15, 2013. Accordingly, the court **VACATES** the January 6, 2014 trial, the December 19, 2013 pretrial conference, and other related pretrial dates. The court **CONTINUES**, rather than vacates, the October 24, 2013 case management conference to December 19, 2013 at 11:00 a.m. to keep an event on calendar in case the dismissal is delayed.

**IT IS SO ORDERED.**

Dated: October 22, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-04583
ORDER